**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-CV-02293-MSK-MJW

RONALD L. THROUPE

Plaintiff,

v.

UNIVERSITY OF DENVER, a Colorado Corporation,
BARBARA JACKSON, individually,
GLENN MUELLER, individually,
MARIE KLINE, individually, and
PAUL OLK, individually,

Defendants.

---

**NOTICE OF APPEAL**

---

PLEASE TAKE NOTICE that plaintiff, Ronald L. Throupe, in the above-captioned action, hereby appeals to the United States Court of Appeals for the Tenth Circuit from: (a) the District Court's Final Judgment, dated January 29, 2020 (Dist. Dkt. # 90) closing the case and dismissing the action; (b) the District Court's Opinion and Order, dated January 29, 2020 (Dkt # 89), which granted the Defendants' motion for summary judgment, dismissing the Plaintiff's Second Amended Complaint and dismissing the action; and (c) each and every ruling and decision by the District Court related to the aforementioned Judgment, Decisions and Orders.

PLEASE TAKE FURTHER NOTICE that this appeal is taken from each and every adverse and related part of the Judgment and the Decisions and Orders as well as all such prior rulings by the District Court related to or made in connection with the aforementioned papers, including the rulings made leading up to the Judgment.

Dated: February 25, 2020

*/s/Cassandra M. Kirsch*
Cassandra M. Kirsch, #46502
LAW OFFICE OF CASSANDRA M. KIRSCH, LLC
600 17th Street, Ste. 2800-S
Denver, CO 80202
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2020, I served the foregoing **NOTICE OF APPEAL** on the following counsels of record via email:

Jim Goh
jgoh@ constangy.com

*/s/Cassandra M. Kirsch*
Cassandra M. Kirsch, #46502
LAW OFFICE OF CASSANDRA M. KIRSCH, LLC
600 17th Street, Ste. 2800-S
Denver, CO 80202
*Attorney for Plaintiff*