ALLMTN,APPEAL,JD1,TERMED

**U.S. District Court - District of Colorado**
**District of Colorado (Denver)**
**CIVIL DOCKET FOR CASE #: 1:17-cv-02293-MSK-NRN**

Thoupe v. University of Denver
Assigned to: Chief Judge Marcia S. Krieger
Referred to: Magistrate Judge N. Reid Neureiter
Cause: 20:1681 Title IX Educational Amendments 1992

Date Filed: 09/21/2017
Date Terminated: 01/29/2020
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Ronald L. Throupe** represented by **Cassandra M. Kirsch**
Cassandra M. Kirsch LLC
600 17th Street
Suite 2800-S
Denver, CO 80202
303-228-2165
Fax: 877-501-5253
Email: ckirsch@cmklawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria-Vittoria G. Carminati**
Carminati Law PLLC
717 17th Street
Suite 1900
Denver, CO 80202
7204455655
Email: giugi@carminatilaw.com
*TERMINATED: 12/30/2019*

**Plaintiff**

**Xue Mao** represented by **Cassandra M. Kirsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria-Vittoria G. Carminati**
(See above for address)
*TERMINATED: 12/30/2019*

V.

**Defendant**

| | | |
|---|---|---|
| **University of Denver**<br>*a Colorado Corporation* | represented by | **Erin Rayner Mangum**<br>Constangy Brooks Smith & Prophete, LLP-Denver<br>600 17th Street<br>Suite 2700-S<br>Denver, CO 80202<br>720-343-7533<br>Email: rmangum@constangy.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jim Goh**<br>Constangy Brooks Smith & Prophete, LLP-Denver<br>600 17th Street<br>Suite 2700-S<br>Denver, CO 80202<br>720-343-7533<br>Fax: 720-343-7571<br>Email: jgoh@constangy.com<br>*ATTORNEY TO BE NOTICED*<br><br>**LaLonnie Gray**<br>Fisher & Phillips LLP-Denver<br>1801 California Street<br>Suite 2700<br>Denver, CO 80202-3025<br>303-218-3650<br>Fax: 303-218-3651<br>Email: lgray@fisherphillips.com<br>*TERMINATED: 04/06/2018*<br><br>**Renee J Sheyko**<br>Constangy Brooks Smith & Prophete, LLP-Denver<br>600 17th Street<br>Suite 2700-S<br>Denver, CO 80202<br>720-343-7566<br>Fax: 720-343-7573<br>Email: rsheyko@constangy.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Barbara Jackson**<br>*individiually* | represented by | **Erin Rayner Mangum**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jim Goh** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**LaLonnie Gray**
(See above for address)
*TERMINATED: 04/06/2018*

**Renee J Sheyko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Glenn Mueller**
*individually*

represented by **Erin Rayner Mangum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jim Goh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LaLonnie Gray**
(See above for address)
*TERMINATED: 04/06/2018*

**Renee J Sheyko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marie Kline**
*individually*

represented by **Erin Rayner Mangum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jim Goh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LaLonnie Gray**
(See above for address)
*TERMINATED: 04/06/2018*

**Renee J Sheyko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Olk**
*individually*

represented by **Erin Rayner Mangum**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jim Goh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LaLonnie Gray**
(See above for address)
*TERMINATED: 04/06/2018*

**Renee J Sheyko**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2017 | 1 | COMPLAINT against Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver Filing Fee: $400.00Receipt Number:081641, filed by Ronald L. Thoupe, Xue Mao. (Attachments: # 1 Civil Cover Sheet) (dbera, ) (Entered: 09/22/2017) |
| 09/21/2017 | 2 | Case assigned to Magistrate Judge Craig B. Shaffer. Text Only Entry (dbera, ) (Entered: 09/22/2017) |
| 09/21/2017 | 3 | MOTION For Appointment of Counsel by Plaintiffs Xue Mao, Ronald L. Thoupe. (dbera, ) (Entered: 09/22/2017) |
| 09/21/2017 | 4 | SUMMONS issued by Clerk. Summonses and Magistrate Consent Form presented to filer over front counter in paper format. (dbera, ) (Entered: 09/22/2017) |
| 09/27/2017 | 5 | ORDER OF RECUSAL. The clerk of court shall reassign this case to a district judge or another magistrate judge. By Magistrate Judge Craig B. Shaffer on 9/27/2017. (cbslc1) (Entered: 09/27/2017) |
| 09/27/2017 | 6 | CERTIFICATE of Service by Mail by Chambers re 5 Order of Recusal. In addition to the service by mail to both Plaintiffs noted in the NEF for document 5, the order is also being mailed to Plaintiff Xue Mao at 8331 S. Valley Hwy, Englewood, CO 80122. Text Only Entry (cbslc1) (Entered: 09/27/2017) |
| 09/28/2017 | 7 | CASE REASSIGNED pursuant to 5 Order of Recusal. This case is randomly reassigned to Judge Michael J. Watanabe. All future pleadings should be designated as 17-cv-02293-MJW. (Text Only Entry) (nmarb, ) (Entered: 09/28/2017) |
| 09/29/2017 | 8 | ORDER Setting Status Conference for Pro Se Plaintiff, by Magistrate Judge Michael J. Watanabe on 9/29/2017. Status Conference set for 11/16/2017 11:00 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. Consent/Non-Consent Form due on or before |

| | | |
|---|---|---|
| | | 11/2/2017. (slibi, ) (Entered: 09/29/2017) |
| 10/12/2017 | 9 | Mail Returned as Undeliverable re: 5 Order of Recusal, 6 Certificate of Service, Addressed to Xue Mao at 8331 S. Valley Hwy, Englewood, CO 80122. (nmarb, ) (Entered: 10/13/2017) |
| 10/16/2017 | 10 | NOTICE of Entry of Appearance by Jim Goh on behalf of All Defendants Attorney Jim Goh added to party Barbara Jackson(pty:dft), Attorney Jim Goh added to party Marie Kline(pty:dft), Attorney Jim Goh added to party Glenn Mueller(pty:dft), Attorney Jim Goh added to party Paul Olk(pty:dft), Attorney Jim Goh added to party University of Denver(pty:dft) (Goh, Jim) (Entered: 10/16/2017) |
| 10/16/2017 | 11 | NOTICE of Entry of Appearance by LaLonnie Gray on behalf of All Defendants Attorney LaLonnie Gray added to party Barbara Jackson (pty:dft), Attorney LaLonnie Gray added to party Marie Kline(pty:dft), Attorney LaLonnie Gray added to party Glenn Mueller(pty:dft), Attorney LaLonnie Gray added to party Paul Olk(pty:dft), Attorney LaLonnie Gray added to party University of Denver(pty:dft) (Gray, LaLonnie) (Entered: 10/16/2017) |
| 10/17/2017 | 12 | MINUTE ORDER denying without prejudice 3 Plaintiffs' Motion for Appointment of Counsel, by Magistrate Judge Michael J. Watanabe on 10/17/2017. (tsher, ) (Entered: 10/17/2017) |
| 11/02/2017 | 13 | AMENDED COMPLAINT against Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, and University of Denver, filed by Ronald L. Throupe, Xue Mao.(tsher, ) (Entered: 11/03/2017) |
| 11/02/2017 | 14 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiffs Xue Mao, Ronald L. Throupe. All parties do not consent. (tsher, ) (Entered: 11/03/2017) |
| 11/03/2017 | 15 | CASE REASSIGNED. All parties do not consent. This case is randomly reassigned to Judge Lewis T. Babcock. All future pleadings should be designated as 17-cv-02293-LTB. (Text Only Entry) (slibi, ) (Entered: 11/03/2017) |
| 11/07/2017 | 16 | MEMORANDUM RETURNING CASE, by Senior Judge Lewis T. Babcock. This Case is randomly reassigned to Chief Judge Marcia S. Krieger for all further proceedings. All future pleadings should be designated as **17-cv-2293-MSK** (angar, ) (Entered: 11/07/2017) |
| 11/09/2017 | 17 | ORDER REFERRING CASE to Magistrate Judge Michael J. Watanabe: IT IS ORDERED that pursuant to 28 U.S.C. 636(b)(1)(A) and (B) and FED. R. CIV. P. 72(a) and (b), this matter is referred to the assigned United States Magistrate Judge to:(1)Convene a scheduling conference under FED. R. CIV. P. 16(b), enter a Scheduling Order meeting the requirements of D.C.COLO.LCivR 16.2, enter such orders as appropriate to enforce the Scheduling Order, and resolve discovery matters;(2)ADR: Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. Early Neutral Evaluation is approved. On the informal request of the magistrate |

| | | |
|---|---|---|
| | | judge or on the request of the parties by motion, the Court may direct the parties to engage in a settlement conference conducted by the magistrate judge if the parties have engaged in an Early Neutral Evaluation and are unable to afford or otherwise attain private settlement assistance;(3)Hear and determine referred matters in accordance with 28 U.S.C. 636(b)(1)(A) and (B). by Chief Judge Marcia S. Krieger on 11/9/17. Text Only Entry (msklc2, ) (Entered: 11/09/2017) |
| 11/09/2017 | 18 | NOTICE of Entry of Appearance *for Plaintiffs* by Maria-Vittoria Carminati on behalf of Xue Mao, Ronald L. ThroupeAttorney Maria-Vittoria Carminati added to party Xue Mao(pty:pla), Attorney Maria-Vittoria Carminati added to party Ronald L. Throupe(pty:pla) (Carminati, Maria-Vittoria) (Entered: 11/09/2017) |
| 11/10/2017 | 19 | WAIVER OF SERVICE Returned Executed by Ronald L. Throupe, Xue Mao. University of Denver waiver sent on 10/31/2017, answer due 1/2/2018. (Carminati, Maria-Vittoria) (Entered: 11/10/2017) |
| 11/10/2017 | 20 | WAIVER OF SERVICE Returned Executed by Ronald L. Throupe, Xue Mao. Barbara Jackson waiver sent on 10/31/2017, answer due 1/2/2018. (Carminati, Maria-Vittoria) (Entered: 11/10/2017) |
| 11/10/2017 | 21 | WAIVER OF SERVICE Returned Executed by Ronald L. Throupe, Xue Mao. Marie Kline waiver sent on 10/31/2017, answer due 1/2/2018. (Carminati, Maria-Vittoria) (Entered: 11/10/2017) |
| 11/10/2017 | 22 | WAIVER OF SERVICE Returned Executed by Ronald L. Throupe, Xue Mao. Glenn Mueller waiver sent on 10/31/2017, answer due 1/2/2018. (Carminati, Maria-Vittoria) (Entered: 11/10/2017) |
| 11/10/2017 | 23 | WAIVER OF SERVICE Returned Executed by Ronald L. Throupe, Xue Mao. Paul Olk waiver sent on 10/31/2017, answer due 1/2/2018. (Carminati, Maria-Vittoria) (Entered: 11/10/2017) |
| 11/10/2017 | 24 | Unopposed MOTION to Reset *Status Conference* by Defendants Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver. (Goh, Jim) (Entered: 11/10/2017) |
| 11/13/2017 | 25 | ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS: Any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed. by Chief Judge Marcia S. Krieger on 11/13/17. Text Only Entry (pglov) (Entered: 11/13/2017) |
| 11/13/2017 | 26 | MEMORANDUM regarding 24 Unopposed MOTION to Reset *Status Conference* filed by Barbara Jackson, Paul Olk, Marie Kline, Glenn Mueller, University of Denver. Motions referred to Magistrate Judge |

| | | |
|---|---|---|
| | | Michael J. Watanabe by Chief Judge Marcia S. Krieger on 11/13/17. Text Only Entry (msklc2, ) (Entered: 11/13/2017) |
| 11/13/2017 | 27 | MINUTE ORDER denying 24 Unopposed Motion to Reset Status Conference, by Magistrate Judge Michael J. Watanabe on 11/13/2017. (slibi, ) (Entered: 11/13/2017) |
| 11/16/2017 | 28 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael J. Watanabe: Status Conference held on 11/16/2017. Scheduling Conference set for 2/8/2018 09:30 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. A proposed Scheduling Conference is due on or before February 1, 2018. FTR: Courtroom A-502. (slibi, ) (Entered: 11/16/2017) |
| 01/02/2018 | 29 | AMENDED COMPLAINT against All Defendants, filed by Ronald L. Throupe, Xue Mao. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Carminati, Maria-Vittoria) (Entered: 01/02/2018) |
| 01/03/2018 | 30 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 29 Amended Complaint, filed by attorneyMaria-Vittoria Carminati. **DO NOT REFILE THE DOCUMENT. Action to take -** counsel must submit a change of contact request through the Attorney Services Portal Account pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (dkals, ) (Entered: 01/03/2018) |
| 01/16/2018 | 31 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond *to Plaintiffs' Amended Complaint* by Defendants Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver. (Goh, Jim) (Entered: 01/16/2018) |
| 01/16/2018 | 32 | ORDER denying 31 Motion for Extension of Time to Answer or Otherwise Respond: The motion is denied for two separate reasons. First, it recites the press of other business as an obstacle to Mr. Goh completing the response. As set forth in MSK Practice Standard (Civil) 6.1(b), press of other business does not generally constitute good cause for an extension of time, absent a showing that the conflicts were unanticipated and unavoidable. No such showing has been made here. Second, even assuming that good cause for Mr. Goh's unavilability was established, the motion does not assert the unavailability of Ms. Gray, who has also entered an appearance on behalf of the Defendants in this case. Accordingly, the motion is denied. by Chief Judge Marcia S. Krieger on 1/16/18. Text Only Entry (msklc2, ) (Entered: 01/16/2018) |
| 01/16/2018 | 33 | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Defendants Marie Kline, Barbara Jackson, Paul Olk, University of Denver, Glenn Mueller. All Defendants. (Goh, Jim) (Entered: 01/16/2018) |
| | | |

| | | |
|---|---|---|
| 01/29/2018 | 34 | MOTION to Reset *Scheduling Conference* by Plaintiffs Xue Mao, Ronald L. Throupe. (Carminati, Maria-Vittoria) (Entered: 01/29/2018) |
| 01/30/2018 | 35 | MEMORANDUM regarding 34 Motion to Reset Scheduling Conference. The Motion is referred to Magistrate Judge Michael J. Watanabe by Chief Judge Marcia S. Krieger on 1/30/2018. Text-Only Entry (msklc3) (Entered: 01/30/2018) |
| 01/30/2018 | 36 | MINUTE ORDER granting 34 Unopposed Motion to Reset Scheduling Conference, by Magistrate Judge Michael J. Watanabe on 1/30/2018. Scheduling Conference set for 2/08/2018 is VACATED and RESET to 2/7/2018 11:00 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. The proposed Scheduling Order is still due on or before February 1, 2018. (slibi, ) (Entered: 01/30/2018) |
| 02/01/2018 | 37 | Proposed Scheduling Order by Defendants Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver. (Gray, LaLonnie) (Entered: 02/01/2018) |
| 02/06/2018 | 38 | ANSWER to 29 Amended Complaint, by Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver.(Goh, Jim) (Entered: 02/06/2018) |
| 02/07/2018 | 39 | COURTROOM MINUTES/MINUTE ORDER for proceedings held before Magistrate Judge Michael J. Watanabe: Scheduling Conference held on 2/7/2018. Discovery due by 10/22/2018. Dispositive Motions due by 11/29/2018. FTR: Courtroom A-502. (slibi, ) (Entered: 02/07/2018) |
| 02/07/2018 | 40 | SCHEDULING ORDER by Magistrate Judge Michael J. Watanabe on 2/07/2018. (slibi, ) (Entered: 02/07/2018) |
| 02/07/2018 | 41 | TRIAL PREPARATION ORDER by Chief Judge Marcia S. Krieger on 2/7/18. (dkals, ) (Entered: 02/07/2018) |
| 02/27/2018 | 42 | NOTICE of Filing Amended Pleading by Defendants Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver (Attachments: # 1 Exhibit A-Redlined Amended Answer)(Goh, Jim) (Entered: 02/27/2018) |
| 02/27/2018 | 43 | *Amended* ANSWER to 13 Amended Complaint by Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver.(Goh, Jim) (Entered: 02/27/2018) |
| 03/13/2018 | 44 | NOTICE of Entry of Appearance by Cassandra McDonald Kirsch on behalf of All Plaintiffs Attorney Cassandra McDonald Kirsch added to party Xue Mao(pty:pla), Attorney Cassandra McDonald Kirsch added to party Ronald L. Throupe(pty:pla) (Kirsch, Cassandra) (Entered: 03/13/2018) |
| 04/05/2018 | 45 | NOTICE of Entry of Appearance by Erin Rayner Mangum on behalf of All Defendants Attorney Erin Rayner Mangum added to party Barbara Jackson (pty:dft), Attorney Erin Rayner Mangum added to party Marie Kline |

| | | |
|---|---|---|
| | | (pty:dft), Attorney Erin Rayner Mangum added to party Glenn Mueller (pty:dft), Attorney Erin Rayner Mangum added to party Paul Olk(pty:dft), Attorney Erin Rayner Mangum added to party University of Denver (pty:dft) (Mangum, Erin) (Entered: 04/05/2018) |
| 04/05/2018 | 46 | MOTION to Withdraw as Attorney by Defendants Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver. (Gray, LaLonnie) (Entered: 04/05/2018) |
| 04/06/2018 | 47 | ORDER granting 46 Motion to Withdraw as Attorney. Attorney LaLonnie Gray is terminated. By Chief Judge Marcia S. Krieger on 4/6/2018. Text-Only Entry (msklc3) (Entered: 04/06/2018) |
| 04/09/2018 | 48 | Unopposed MOTION for Extension of Time to *Respond to Plaintiffs' First Set of Discovery Requests* by Defendants Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver. (Goh, Jim) (Entered: 04/09/2018) |
| 04/10/2018 | 49 | MEMORANDUM regarding 48 Unopposed MOTION for Extension of Time to *Respond to Plaintiffs' First Set of Discovery Requests* filed by Barbara Jackson, Paul Olk, Marie Kline, Glenn Mueller, University of Denver. Motions referred to Magistrate Judge Michael J. Watanabe by Chief Judge Marcia S. Krieger on 4/10/18. Text Only Entry (msklc2, ) (Entered: 04/10/2018) |
| 04/10/2018 | 50 | MINUTE ORDER granting 48 Unopposed Motion for Extension of Time to Respond to Plaintiffs First Set of Discovery Requests, by Magistrate Judge Michael J. Watanabe on 4/10/2018. (slibi, ) (Entered: 04/10/2018) |
| 04/20/2018 | 51 | Joint MOTION for Protective Order by Defendants Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver. (Attachments: # 1 Proposed Order (PDF Only) Proposed Protective Order)(Goh, Jim) (Entered: 04/20/2018) |
| 04/23/2018 | 52 | MEMORANDUM regarding 51 Joint MOTION for Protective Order filed by Barbara Jackson, Paul Olk, Marie Kline, Glenn Mueller, University of Denver. Motions referred to Magistrate Judge Michael J. Watanabe by Chief Judge Marcia S. Krieger on 4/23/18. Text Only Entry (msklc2, ) (Entered: 04/23/2018) |
| 04/23/2018 | 53 | MINUTE ORDER granting 51 Motion for Protective Order by Magistrate Judge Michael J. Watanabe on 4/23/2018. The written Protective Order (docket no. 51-1) is APPROVED and made an Order of Court. (tsher, ) (Entered: 04/23/2018) |
| 04/23/2018 | 54 | PROTECTIVE ORDER by Magistrate Judge Michael J. Watanabe on 4/23/2018. (tsher, ) (Entered: 04/23/2018) |
| 08/10/2018 | 55 | Joint MOTION to Amend/Correct/Modify 40 Scheduling Order by Defendants Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver. (Goh, Jim) (Entered: 08/10/2018) |
| | | |

| | | |
|---|---|---|
| 08/10/2018 | 56 | MEMORANDUM regarding 55 Joint MOTION to Amend/Correct/Modify 40 Scheduling Order filed by Barbara Jackson, Paul Olk, Marie Kline, Glenn Mueller, University of Denver. Motions referred to Magistrate Judge Michael J. Watanabe by Chief Judge Marcia S. Krieger on 08/10/2018. Text Only Entry (msklc4, ) (Entered: 08/10/2018) |
| 08/15/2018 | 57 | MINUTE ORDER granting 55 Joint Motion to Amend Scheduling Order, by Magistrate Judge N. Reid Neureiter on 8/15/2018. Discovery due by 12/6/2018. Dispositive Motions due by 1/14/2019. (slibi, ) (Entered: 08/15/2018) |
| 08/15/2018 | 58 | REASSIGNING MAGISTRATE JUDGE. This action is reassigned to Magistrate Judge N. Reid Neureiter, upon his appointment. All future pleadings should reference Magistrate Judge Neureiter at the end of the civil action number (such as 15-cv-00001-PAB-NRN). Unless otherwise ordered, the dates and times for all previously scheduled matters will be maintained and will now be handled by Magistrate Judge Neureiter in Courtroom C-205. His chambers are located in Room C-254 of the Byron G. Rogers Courthouse. His telephone number is 303-335-2403. (Text only entry) (dkals, ) (Entered: 08/15/2018) |
| 09/11/2018 | 59 | STIPULATION of Dismissal of Party *Xue Mao* by Plaintiff Ronald L. Throupe. (Carminati, Maria-Vittoria) (Entered: 09/11/2018) |
| 09/24/2018 | 60 | Joint MOTION for Extension of Time to *Make Expert Disclosures* by Plaintiff Ronald L. Throupe. (Carminati, Maria-Vittoria) (Entered: 09/24/2018) |
| 09/25/2018 | 61 | MEMORANDUM regarding 60 Joint MOTION for Extension of Time to *Make Expert Disclosures* filed by Ronald L. Throupe. Motions referred to Magistrate Judge N. Reid Neureiter by Chief Judge Marcia S. Krieger on 9/25/18. Text Only Entry (msklc2, ) (Entered: 09/25/2018) |
| 09/25/2018 | 62 | MINUTE ORDER granting 60 Joint Motion to Amend Expert Disclosure Deadlines, by Magistrate Judge N. Reid Neureiter on 9/25/2018. (tsher, ) (Entered: 09/25/2018) |
| 10/22/2018 | 63 | Joint MOTION for Extension of Time to *Extend Expert Disclosure Deadlines* by Plaintiff Ronald L. Throupe. (Kirsch, Cassandra) (Entered: 10/22/2018) |
| 10/22/2018 | 64 | MEMORANDUM regarding 63 Joint MOTION for Extension of Time to *Extend Expert Disclosure Deadlines* filed by Ronald L. Throupe. Motions referred to Magistrate Judge N. Reid Neureiter by Chief Judge Marcia S. Krieger on 10/22/18. Text Only Entry (msklc2, ) (Entered: 10/22/2018) |
| 10/23/2018 | 65 | MINUTE ORDER granting 63 Joint Motion to Amend Expert Disclosure Deadlines, by Magistrate Judge N. Reid Neureiter on 10/23/2018. (tsher, ) (Entered: 10/23/2018) |
| 11/05/2018 | 66 | Joint MOTION for Extension of Time to *Extend Expert Deadlines* by Plaintiff Ronald L. Throupe. (Kirsch, Cassandra) (Entered: 11/05/2018) |

| | | |
|---|---|---|
| 11/05/2018 | 67 | MEMORANDUM regarding 66 Joint MOTION for Extension of Time to *Extend Expert Deadlines* filed by Ronald L. Throupe. Motions referred to Magistrate Judge N. Reid Neureiter by Chief Judge Marcia S. Krieger on 11/5/18. Text Only Entry (msklc2, ) (Entered: 11/05/2018) |
| 11/06/2018 | 68 | MINUTE ORDER granting 66 Motion for Extension of Time to File by Magistrate Judge N. Reid Neureiter on 11/6/2018. (tsher, ) (Entered: 11/06/2018) |
| 12/03/2018 | 69 | NOTICE of Entry of Appearance by Renee J Sheyko on behalf of Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver (Sheyko, Renee) (Entered: 12/03/2018) |
| 12/05/2018 | 70 | Joint MOTION to Amend/Correct/Modify 57 Order on Motion to Amend/Correct/Modify, 40 Scheduling Order by Plaintiff Ronald L. Throupe. (Carminati, Maria-Vittoria) (Entered: 12/05/2018) |
| 12/05/2018 | 71 | MEMORANDUM regarding 70 Joint MOTION to Amend/Correct/Modify 57 Order on Motion to Amend/Correct/Modify, 40 Scheduling Order filed by Ronald L. Throupe. Motions referred to Magistrate Judge N. Reid Neureiter by Chief Judge Marcia S. Krieger on 12/5/18. Text Only Entry (msklc2, ) (Entered: 12/05/2018) |
| 12/06/2018 | 72 | MINUTE ORDER granting 70 Second Joint Motion to Amend Scheduling Order by Magistrate Judge N. Reid Neureiter on 12/6/2018. Discovery due by 2/6/2019. Dispositive Motions due by 3/14/2019. (tsher, ) (Entered: 12/06/2018) |
| 03/13/2019 | 73 | Unopposed MOTION for Extension of Time to *File Dispositive Motions* by Defendants Barbara Jackson, Marie Kline, Glenn Mueller, University of Denver. (Goh, Jim) (Entered: 03/13/2019) |
| 03/14/2019 | 74 | ORDER granting 73 Motion for Extension of Time to File: Dispositive motions due March 19, 2019. By Judge Marcia S. Krieger on 3/14/19. Text Only Entry (msklc2, ) (Entered: 03/14/2019) |
| 03/19/2019 | 75 | MOTION for Summary Judgment by Defendants Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver. (Attachments: # 1 Exhibit A - Throupe Deposition Excerpts, # 2 Exhibit B - Throupe Statement dated June 4, 2015, # 3 Exhibit C - Laura Buhs statement dated May 19, 2015, # 4 Exhibit D - Molly Hooker statement dated May 19, 2015, # 5 Exhibit E - Email from Bulter to Throupe dated May 27, 2015, # 6 Exhibit F - Email from Bulter to Throupe dated June 3, 2015, # 7 Exhibit G - Email from Throupe to Grove dated June 5, 2015, # 8 Exhibit H - Emails between Mao and Grove dated May 12, 2015, # 9 Exhibit I - Email from Butler to Mao dated May 13, 2015, # 10 Exhibit J - Email from Butler to Throupe dated September 17, 2015, # 11 Exhibit K - Email from Molly Rossi to Barbra Jackson dated September 14, 2015, # 12 Exhibit L - Pl.'s Discovery Responses, # 13 Exhibit M- Mueller Deposition Excerpts, # 14 Exhibit N - Kline Deposition Excerpts, # 15 Exhibit O - Jackson Deposition Excerpts, # 16 Exhibit P - Olk Deposition Excerpts, # 17 |

| | | |
|---|---|---|
| | | Exhibit Q - Hacker Deposition Excerpts, # 18 Exhibit R - Gulick Letter dated February 4, 2019, # 19 Exhibit S - Written Warning, # 20 Exhibit T - Email from Jackson to Throupe dated May 5, 2015, # 21 Exhibit U - Crean Deposition Excerpts, # 22 Exhibit V - Zhang Deposition Excerpts, # 23 Exhibit W - Tian Deposition Excerpts, # 24 Exhibit X - Expert Disclosures dated February 2, 2019, # 25 Exhibit Y - Throupe counseling notes dated September 16, 2015)(Sheyko, Renee) (Entered: 03/19/2019) |
| 03/28/2019 | 76 | Unopposed MOTION for Extension of Time to *Extend the Expert Discovery Cutoff Deadline* by Defendants Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver. (Sheyko, Renee) (Entered: 03/28/2019) |
| 03/28/2019 | 77 | MEMORANDUM regarding 76 Unopposed MOTION for Extension of Time to *Extend the Expert Discovery Cutoff Deadline* filed by Barbara Jackson, Paul Olk, Marie Kline, Glenn Mueller, University of Denver. Motions referred to Magistrate Judge N. Reid Neureiter by Judge Marcia S. Krieger on 3/28/19. Text Only Entry (msklc2, ) (Entered: 03/28/2019) |
| 03/29/2019 | 78 | MINUTE ORDER granting 76 Defendants' Unopposed Motion to Extend the Expert Discovery Cutoff Deadline, by Magistrate Judge N. Reid Neureiter on 3/29/2019. PLEASE READ ATTACHED MINUTE ORDER. (tsher, ) (Entered: 03/29/2019) |
| 04/04/2019 | 79 | Unopposed MOTION for Extension of Time to File Response/Reply as to 75 MOTION for Summary Judgment by Plaintiff Ronald L. Throupe. (Kirsch, Cassandra) (Entered: 04/04/2019) |
| 04/04/2019 | 80 | ORDER granting 79 Motion for Extension of Time to File Response/Reply: Response due April 12, 2019. By Judge Marcia S. Krieger on 4/4/19. Text Only Entry (msklc2, ) (Entered: 04/04/2019) |
| 04/12/2019 | 81 | RESPONSE to 75 MOTION for Summary Judgment filed by Plaintiff Ronald L. Throupe. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28)(Carminati, Maria-Vittoria) (Entered: 04/12/2019) |
| 04/25/2019 | 82 | Unopposed MOTION for Extension of Time to File Response/Reply as to 75 MOTION for Summary Judgment by Defendants Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver. (Sheyko, Renee) (Entered: 04/25/2019) |
| 04/26/2019 | 83 | ORDER granting 82 Motion for Extension of Time to File Response/Reply: Reply due May 1, 2019. By Judge Marcia S. Krieger on 4/26/19. Text Only Entry(msklc2, ) (Entered: 04/26/2019) |
| 05/01/2019 | 84 | REPLY to Response to 75 MOTION for Summary Judgment filed by |

Case No. 1:17-cv-02293-MSK-NRN Document 93-2 filed 02/26/20 USDC Colorado pg 13 of 14

| | | |
|---|---|---|
| | | Defendants Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver. (Attachments: # 1 Exhibit Z - Throupe Depo Excerpts, # 2 Exhibit AA - Crean Depo Excerpts, # 3 Exhibit AB - Declaration of Eric Butler, # 4 Exhibit AC - Reynoso Depo Excerpts, # 5 Exhibit AD - Grove Depo Excerpts, # 6 Exhibit AE - Jackson Depo Excerpts, # 7 Exhibit AF - Mueller Depo Excerpts, # 8 Exhibit AG - Jackson Communications)(Sheyko, Renee) (Entered: 05/01/2019) |
| 12/11/2019 | 85 | MOTION to Withdraw as Attorney by Plaintiff Ronald L. Throupe. (Carminati, Maria-Vittoria) (Entered: 12/11/2019) |
| 12/30/2019 | 86 | ORDER granting 85 Motion to Withdraw as Attorney. Attorney Maria-Vittoria G. Carminati terminated. By Judge Marcia S. Krieger on 12/30/19. (msklc2, ). Text Only Entry. Modified on 1/21/2020 to edit text. (sphil, ). (Entered: 12/30/2019) |
| 01/07/2020 | 87 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Cassandra McDonald Kirsch was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2018 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (kmont) (Entered: 01/07/2020) |
| 01/12/2020 | 88 | NOTICE of Entry of Appearance *of Attorney Cassandra M. Kirsch for Plaintiff Ronald L. Throupe* by Cassandra M. Kirsch on behalf of Ronald L. Throupe (Kirsch, Cassandra) (Entered: 01/12/2020) |
| 01/29/2020 | 89 | OPINION AND ORDER granting 75 Motion for Summary Judgment entered by Judge Marcia S. Krieger on 1/29/20. The Court grants summary judgment to Defendant University of Denver on Mr. Thoupes Title IX claim against it, and the Clerk of the Court shall enter judgment in favor of the University of Denver on that claim. The Court DISMISSES, without prejudice, Mr. Thoupes remaining claims for lack of subject-matter jurisdiction. The Clerk shall close this case. (rkeec) (Entered: 01/29/2020) |
| 01/29/2020 | 90 | FINAL JUDGMENT by Clerk in favor of University of Denver against Ronald L. Throupe re: 89 Order on Motion for Summary Judgment entered by Judge Marcia S. Krieger on 1/29/20. The Court dismisses, without prejudice, Mr. Thoupes remaining claims for lack of subject-matter jurisdiction. Plaintiff's complaint and action are dismissed. (rkeec) (Entered: 01/29/2020) |
| 02/12/2020 | 91 | Proposed Bill of Costs by Defendants Barbara Jackson, Marie Kline, Glenn Mueller, Paul Olk, University of Denver. (Attachments: # 1 Exhibit A - Defendants' Cost Chart, # 2 Exhibit B - Proof of Payments)(Sheyko, Renee) (Entered: 02/12/2020) |
| 02/25/2020 | 92 | NOTICE OF APPEAL as to 90 FINAL JUDGMENT by Clerk; 89 |

| | | |
|---|---|---|
| | | OPINION AND ORDER by Plaintiff Ronald L. Throupe (Filing fee $ 505, Receipt Number 1082-7171964) (Kirsch, Cassandra) Modified on 2/26/2020 to correct linkage per filing by attorney. (sphil, ). (Entered: 02/25/2020) |