**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02293-MSK-NRN

RONALD L. THROUPE, and
XUE MAO,

Plaintiff,

v.

UNIVERSITY OF DENVER, a Colorado Corporation,
BARBARA JACKSON, individually,
GLENN MUELLER, individually,
MARIE KLINE, individually, and
PAUL OLK, individually,

Defendants.

---

**STIPULATION AS TO DEFENDANTS' BILL OF COSTS**

---

Plaintiff Ronald Throupe ("Plaintiff") and Defendants University of Denver, Barbara Jackson, Glenn Mueller, Marie Kline, and Paul Olk (collectively, "Defendants") (together the "Parties") hereby notify the Court that the parties' counsel conferred on Defendants' Bill of Costs filed on February 12, 2020 (Dkt. 91) and resolved the costs in their entirety. The parties agree that the correct amount to be awarded is that found in the Proposed Bill of Costs totaling $5,919.29.

Dated this 11th day of March, 2020.

**THE LAW OFFICE OF CASSANDRA M. KIRSCH, LLC**

s/ Cassandra Kirsch
***Cassandra Kirsch***
600 17th Street, Suite 2800-S
3899 Jackson Street
Denver, CO 80205
Telephone: 720.228.2165
ckirsch@cmklawoffice.com

*Attorney for Plaintiff*

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

s/ Renee Sheyko
***Jim Goh***
***Renee Sheyko***
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone: 720.343.7533
Facsimile: 720.343.7559
jgoh@constangy.com
rsheyko@constangy.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2020, I electronically filed the foregoing **STIPULATION AS TO DEFENDANTS' BILL OF COSTS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Cassandra Kirsch
ckirsch@cmklawoffice.com

*Attorney for Plaintiff*

s/ *Hannah Owen*
Hannah Owen, Paralegal