*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.***

AO 133(Rev. 12/09) Bill of Costs
USDC Colo. Version – (Rev. (01/01/2020)

# BILL OF COSTS

| United States District Court | DISTRICT: DISTRICT OF COLORADO |
|---|---|
| RONALD L. THROUPE, v. UNIVERSITY OF DENVER, BARBARA JACKSON, GLENN MUELLER, MARIE KLINE, PAUL OLK, | DOCKET NO. 17-cv-02293-MSK-NRN |
| | MAGISTRATE CASE NO. |

Judgment having been entered in the above entitled action on January 29, 2020
against Plaintiff, Ronald L. Throupe the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ 52.40 |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ 5,866.89 |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
Mar. 12, 2020
JEFFREY P. COLWELL, CLERK

**Please review and comply with D.C.COLO.LCivR 54.1**

**(See Notice section on reverse side)**

**TOTAL $ 5,919.29** ✓

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney
Print Name: Renee Sheyko    Phone Number: (720)343-7566
For: UNIVERSITY OF DENVER, BARBARA JACKSON, GLENN MUELLER, MARIE KLINE, PAUL OLK,    Date: 02/12/2020
Name of Claiming Party

| | |
|---|---|
| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time ~~February 18, 2020, 9:30 a.m. - TELEPHONICALLY~~ **VACATED** |
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed $ **5,919.29** |
| | (BY) DEPUTY CLERK **s/ Edward Butler** |
| CLERK OF COURT<br>JEFFREY P. COLWELL | DATE: **Mar. 12, 2020** |

**Clerk's note: costs awarded pursuant to the parties' Stipulation, filed Mar. 11, 2020 (Docket No. 95). The hearing set for Mar. 12, 2020 at 9:30 a.m. is VACATED.**