**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 26, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

RONALD L. THROUPE,

Plaintiff - Appellant,

v.

UNIVERSITY OF DENVER; BARBARA JACKSON; GLENN MUELLER; MARIE KLINE; PAUL OLK,

Defendants - Appellees.

No. 20-1069
(D.C. No. 1:17-CV-02293-MSK-NRN)
(D. Colo.)

---

**JUDGMENT**

---

Before **TYMKOVICH**, Chief Judge, **EBEL**, and **BACHARACH**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk